

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2019

No. 04-19-00018-CV

**THE MAYAN AT SAN MARCOS RIVER, LLC** and City of Martindale, Texas,
Appellants

v.

**CITY OF SAN MARCOS, TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0958-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

Appellants' joint motion for extension of time to file their respective briefs is GRANTED. Appellants' briefs are due February 25, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court